686 A.2d 1193

## IN THE MATTER OF ANITA LIOTTA–NEFF, AN ATTORNEY AT LAW.

January 17, 1997.

## ORDER

The Disciplinary Review Board on September 17, 1996, having filed with the Court its decision concluding that **ANITA LIOTTA–NEFF** of **BRICK,** who was admitted to the bar of this State in 1969, should be reprimanded for commingling personal funds with client funds and for negligent misappropriation, in violation of *RPC* 1.15 and *R.* 1:21–6;

And the Disciplinary Review Board further concluding that for a period of two years respondent should be required to submit to the Office of Attorney Ethics certified audits of her attorney books and records;

And good cause appearing;

It is ORDERED that **ANITA LIOTTA–NEFF** is hereby reprimanded;  and it is further

ORDERED that for a period of two years respondent shall submit to the Office of Attorney Ethics certified audits of her attorney books and records on a schedule to be determined by the Office of Attorney Ethics;  and it is further

ORDERED that the entire record of this matter be made a permanent part of respondent's file as an attorney at law of this State;  and it is further

ORDERED that respondent reimburse the Disciplinary Oversight Committee for appropriate administrative costs incurred in the prosecution of this matter.